Decided January 13, 2004

## LINDA BEHRNS *v.* RONALD BEHRNS

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 286 (AC 23611), is denied.

*Veronica E. Reich,* in support of the petition.

Decided January 13, 2004

## JOSEPH R. KREVIS ET AL. *v.* CITY OF BRIDGEPORT

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 432 (AC 19438), is denied.

*John R. Mitola,* associate city attorney, in support of the petition.

Decided January 22, 2004

## STATE OF CONNECTICUT *v.* JAMES SERVELLO

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 313 (AC 22759), is denied.